IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIMOTHY M. GEREB, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:14-cv-1974-M-BN |
| | § | |
| WARDEN CHANDLER, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE
AND TRANSFERRING CASE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed what this Court construes as objections, and has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendations of the United States Magistrate Judge.

Accordingly, this action is TRANSFERRED to the Ft. Worth Division of the Northern District of Texas pursuant to 28 U.S.C. § 1404(a).

SO ORDERED this 17th day of June, 2014.

*[signature]*
**BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**